# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
**Bill of Costs**

Court of Appeals Docket No. __20-11502__

__JANE DOE, by next friend James Doe, et al.__ vs. __JONATHAN LEACH__

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs.</span> FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | | X | 52 | 7 | 7 | $91 | |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | See attachment. | | TOTAL | $91 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _/s/ Jeff Filipovits_  Date Signed: __10/1/2020__

Attorney Name: __Jeff Filipovits__ (Type or print your name)  Attorney for: __John Doe__ (Type or print name of client)

E-mail: __jeff@civil-rights.law__  Phone: __678-237-9302__

Street Address/City/State/Zip: __Spears & Filipovits, LLC, 1126 Ponce de Leon Ave. Atlanta, GA 30306__

## FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____ By: _____ DATE: _____
Deputy Clerk

BOC Rev.: 6/17

FedEx Office

FedEx Office is your destination
for printing and shipping.

262 Robert C Daniel Jr Pkwy
Augusta, GA 30909-0803
Tel: (706) 733-1002

7/14/2020                5:59:22 PM EST
Team Member: Madison Y.
Customer: teresa knight

                    SALE
Ship To:
Clerk appeals
56 Forsyth Street, N.W.
Atlanta, GA 30303

FedEx Tracking #: 210103RZZ

Total-Shipments                        1

---

| 20-7-14 Appellee Rsp | Qty 7 | 92.19 |
|---|---|---|
| BW 1S on 24# Wht | 357 @ | 0.1700 T |
| 000330  Reg. Price | 0.19 | |
| Insert Per Piece | 7 @ | 0.1000 T |
| 000387  Reg. Price | 0.10 | |
| Coil Card Cover | 7 @ | 4.4000 T |
| 001284  Reg. Price | 4.40 | |
| Price per piece | 13.17 | |
| Regular Total | 99.33 | |
| Discounts | 7.14 | |
| Delivery Summary | Qty 1 | 0.00 |
| Delivery | 1 @ | 0.0000 T |
| 002922  Reg. Price | 0.00 | |
| Price per piece | 0.00 | |
| Regular Total | 0.00 | |
| Discounts | 0.00 | |
| Sub-Total | | 92.19 |
| Tax | | 7.38 |
| Deposit | | 99.57 |
| **Total** | | **99.57** |
| Total Tender | | 0.00 |
| Change Due | | 0.00 |
| Total Discounts | 7.14 | |


*2101002 4742*

Tell us how we're doing and receive
  $5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:____  Offer expires 12/31/2020

Get your message out in a big way with
everything from full-color banners to
 photo-quality posters, yard signs,
     auto magnets and more.

        Thank you for visiting
           FedEx Office
   Make It. Print It. Pack It. Ship It.
         fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in a
FedEx Office store, you agree to all
FedEx Office terms and conditions,
including limitations of liability.
Request a copy of our terms and
conditions from a Team Member or

---



Address:         262 ROBERT C DANIEL
                 JR PKWY
                 AUGUSTA
                 GA 30909
Location:        AGSK
Device ID:       -BTC02
Transaction:     940269302043

FedEx Priority Overnight
 394832404988   5.30 lb (S)      39.96
   No Signature Required
   Declared Value   0
Recipient Address:
   CLERK APPEALS
   COURT OF APPEALS
   56 FORSYTH ST NW
   ATLANTA, GA 30303-2218
   4045791313

Scheduled Delivery Date 07/15/2020

Pricing option:
   STANDARD RATE

Package Information:
   FedEx Medium Box

        Shipment subtotal:    $39.96

             Total Due:       $39.96

        FedEx SENDER Account
              *****4117

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. The estimated shipping
charge may be different than the actual charges
for your shipment. Differences may occur based on
actual weight, dimensions and other factors. Consult
the applicable FedEx Service Guide or the FedEx Rate
Sheets for details on how shipping charges are
calculated. See fedex.com/us/service-guide for
details.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

        Jul 14, 2020 5:24:24 PM

---

********** WE LISTEN **********
     Tell us how we're doing
 & receive a discount on your next order!
   fedex.com/welisten or 800-398-0242
      Redemption Code: _____

           *** Thank you ***